371 A.2d 515

Davenport, Appellant, v. Mosch.

Argued September 13, 1976.   Harold B. Fink, Jr., with him Fink & Young, for appellant; James A. Wood, with him David H. Trushel, for appellee.

Order affirmed.

371 A.2d 515

Deon v. Donnolo et al., Appellants.

Argued September 14, 1976.   James S. Kilpatrick, Jr., with him Thomas J. Burke, Jr., for appellants; Mason Avrigian, with him Bernard V. DiGiacomo, for appellee.

Judgment affirmed.